■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR CRUZ, Appellant.—Judgment of the Supreme Court, Queens County, rendered January 21, 1974, affirmed (see CPL 470.05, subd 1; *People v Crimmins,* 36 NY2d 230). Cohalan, Acting P. J., Margett, Damiani, Rabin and Hawkins, JJ., concur.